No. 12–8026/AR. Maurice K. Robins, Appellant v. Commandant, United States Disciplinary Barracks, Appellee. CCA 20090996. Appellee's motion to extend time to file an answer to the writ-appeal petition granted to July 12, 2012.